RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Jessica Seigler

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESSICA SEIGLER,<br><br>　　　　Defendant. | Case No. 2:17-mj-1072-VCF<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Third Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Cristina Silva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Jessica Seigler, that the Preliminary Hearing currently scheduled on February 5, 2018 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Parties have entered negotiations and need the additional time to resolve this matter.

2. Government counsel has provided some discovery to undersign counsel, but additional time is needed to receive and review the remaining discovery.

3. Defendant is not incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request for continuance filed herein.

DATED this 2nd day of February, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Cristina Silva*<br>By_____<br>CRISTINA SILVA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESSICA SEIGLER,

    Defendant.

Case No. 2:17-mj-1072-VCF

**ORDER**

Based on the Stipulation of counsel and good cause appearing therefore, the Court finds that:

1. Parties have entered negotiations and need the additional time to resolve this matter.

2. Government counsel has provided some discovery to undersign counsel, but additional time is needed to receive and review the remaining discovery.

3. Defendant is not incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

The continuance sought herein is excusable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on February 5, 2018 at the hour of 4:00 p.m., be vacated and continued to April 6, 2018 at the hour of 4:00 P .m.

DATED this 2nd day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE