DAYLE ELIESON
United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
Nevada Bar No. 13760
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX:  (702) 388-5087
cristina.silva@usdoj.gov
Attorney for the United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>JESSICA SEIGLER,<br><br>     Defendant. | 2:17-mj-01072-VCF<br><br>Stipulation to Continue the Preliminary Hearing (*Fourth Request*) |

  IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, and CRISTINA D. SILVA, Assistant United States Attorney, counsel for the United States of America, and Assistant Federal Public Defender Dan Coe, Counsel for the Defendant, JESSICA SEIGLER, that the preliminary hearing date in the above-captioned matter, currently scheduled for Friday, April 6, 2018, at 4:00 pm, be vacated and continued for two weeks, to a date and time to be set by this Honorable Court.

  This stipulation is entered into for the following reasons:

  1.  New counsel was recently appointed to the case.  The Government

1

recently provided her new counsel with a written plea agreement. Additional time is needed for the Defendant to discuss the terms and implications of the terms of the agreement with her attorney.

2. The parties agree to the continuance.

3. The defendant is not incarcerated and does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow the Defendant additional time to review and consider the written plea agreement.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

7. This is the <u>fourth</u> request for a continuation of the preliminary hearing.

DATED this 6th day of April, 2018.

Respectfully submitted,

**For the Defendant:**

RENE VALLADARES
Federal Public Defender – Nevada

//s//
DAN COE, ESQ.
Assistant Federal Public Defender
Counsel for Defendant Seigler

**For the Government:**

DAYLE ELIESON
United States Attorney

//s//
CRISTINA D. SILVA
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSICA SEIGLER,<br><br>Defendant. | 2:17-mj-01072-VCF<br><br>**ORDER** |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. New counsel was recently appointed to the case. The Government recently provided her new counsel with a written plea agreement. Additional time is needed for the Defendant to discuss the terms and implications of the terms of the agreement with her attorney.

2. The parties agree to the continuance.

3. The defendant is not incarcerated and does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow the Defendant additional time to review and consider the written plea agreement.

6. The additional time requested by this stipulation is allowed with the defendant's consent under the Federal Rules of Procedure 5.1(d).

7. This is the <u>fourth</u> request for a continuation of the preliminary hearing.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties sufficient time and the opportunity to allow for the Defendant consider the implications of entering into a written plea agreement, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the defendant's consent, pursuant to Federal Rules of Procedure 5.1(d).

**ORDER**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for April 6, 2018, at the hour of 4:00 pm, be vacated and continued to __April 30, 2018__ at the hour of __4:00__ pm.

DATED __6th__ day of April, 2018.

_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE