DAYLE ELIESON
United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
Nevada Bar No. 13760
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX:  (702) 388-5087
cristina.silva@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JESSICA SEIGLER,<br><br>　　　　　　　Defendant. | 2:17-mj-01072-VCF<br><br>Stipulation to Continue the Preliminary Hearing (*Fifth Request*) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, and CRISTINA D. SILVA, Assistant United States Attorney, counsel for the United States of America, and Assistant Federal Public Defender Dan Coe, Counsel for the Defendant, JESSICA SEIGLER, that the preliminary hearing date in the above-captioned matter, currently scheduled for Monday, April 30, 2018, at 4:00 pm, be vacated and continued one week.

　　　　This stipulation is entered into for the following reasons:

　　　　1.　　The parties have reached an agreement. Additional time is needed for the Defendant to meet with her counsel and sign the plea agreement.

　　　　2.　　The parties agree to the continuance.

1

3. The defendant is not incarcerated and does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow the Defendant additional time to enter into a written plea agreement.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

7. This is the <u>fifth</u> request for a continuation of the preliminary hearing.

DATED this 30th day of April, 2018.

Respectfully submitted,

| For the Defendant: | For the Government: |
|---|---|
| RENE VALLADARES<br>Federal Public Defender – Nevada | DAYLE ELIESON<br>United States Attorney |
| //s//<br>DAN COE, ESQ.<br>Assistant Federal Public Defender<br>Counsel for Defendant Seigler | //s//<br>CRISTINA D. SILVA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSICA SEIGLER,<br><br>Defendant. | 2:17-mj-01072-VCF<br><br>**ORDER** |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties have reached an agreement. Additional time is needed for the Defendant to meet with her counsel and sign the plea agreement.

2. The parties agree to the continuance.

3. The defendant is not incarcerated and does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow the Defendant additional time to review and consider the written plea agreement.

6. The additional time requested by this stipulation is allowed with the defendant's consent under the Federal Rules of Procedure 5.1(d).

7. This is the fifth request for a continuation of the preliminary hearing.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties sufficient time and the opportunity to allow for the Defendant implications of entering into a written plea agreement, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the defendant's consent, pursuant to Federal Rules of Procedure 5.1(d).

## ORDER

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for April 30, 2018, at the hour of 4:00 pm, be vacated and continued to May 7, 2018 at the hour of 4:00 ~~am~~/pm.

DATED 30th day of April, 2018.

_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE